| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**John K Rounds**<br>**674 County Square Drive Suite 108**<br>**Ventura, CA 93003**<br>**805 650 7100 Fax:  805 832 6315**<br>**170531 CA**<br>**admin@rslawllp.com** | FOR COURT USE ONLY |
|---|---|
| ☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>         **Kristen Marie Fitzpatrick**<br><br><br><br><br><br>                                                                 Debtor(s). | CASE NO.:<br>CHAPTER: **7**<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: Jan. 19, 2024       Kristen Marie Fitzpatrick                                     _[signature]_
                                              Printed name of Debtor 1                            Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                Page 1                             F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                 Printed name of Debtor 2          Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 2                    F 1002-1.EMP.INCOME.DEC