| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| John K Rounds<br>674 County Square Drive Suite 108<br>Ventura, CA 93003<br>805 650 7100 Fax:  805 832 6315<br>170531 CA<br>admin@rslawllp.com | |

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

Kristen Marie Fitzpatrick

CASE NO.:

CHAPTER: 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**
[11 U.S.C. § 521(a)(1)(B)(iv)]

Debtor(s).

[No hearing Required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (Check only ONE box below):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: Jan. 19, 2024    Kristen Marie Fitzpatrick
                        Printed name of Debtor 1                    Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                        F 1002-1.EMP.INCOME.DEC

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (<u>Check only ONE box below</u>):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                 Printed name of Debtor 2     Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 1002-1.EMP.INCOME.DEC

Prado Inc
526 Laguna St
Santa Barbara CA 93101-1608

Pay Stub Detail
PAY DATE: 12/06/2023
NET PAY: $371.89

*Kristen M. Fitzpatrick
225 Elm St. Apt 3
Santa Paula CA 93060

**EMPLOYER**
Prado Inc
526 Laguna St
Santa Barbara CA 93101-1608

**EMPLOYEE**
*Kristen M. Fitzpatrick
225 Elm St. Apt 3
Santa Paula CA 93060

SS#: ...7006

| PAY PERIOD | |
|---|---|
| Period Beginning | 11/24/2023 |
| Period Ending: | 12/08/2023 |
| Pay Date: | 12/06/2023 |
| Total Hours: | 24.10 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Health Insurance (company paid) | 190.15 | 1,457.60 |

| | |
|---|---|
| **NET PAY:** | **$371.89** |
| Acct#....0002: | $371.89 |

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 24.10 | 19.75 | 475.98 | 9,447.63 |
| Holiday Pay | - | 19.75 | 0.00 | 316.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Health Insurance (company paid) | 63.39 | 478.86 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 567.20 |
| Social Security | 29.52 | 605.35 |
| Medicare | 6.90 | 141.57 |
| CA Income Tax | 0.00 | 163.96 |
| CA State Disability Ins | 4.28 | 87.87 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $475.98 | $9,763.63 |
| Taxes | $40.70 | $1,565.95 |
| Deductions | $63.39 | $478.86 |

**Net Pay**  $371.89

Prado Inc
526 Laguna St
Santa Barbara CA 93101-1608

Pay Stub Detail
PAY DATE: 12/01/2023
NET PAY: $878.81

*Kristen M. Fitzpatrick
225 Elm St. Apt 3
Santa Paula CA 93060

**EMPLOYER**
Prado Inc
526 Laguna St
Santa Barbara CA 93101-1608

**EMPLOYEE**
*Kristen M. Fitzpatrick
225 Elm St. Apt 3
Santa Paula CA 93060

SS#: ...7006

| PAY PERIOD | |
|---|---|
| Period Beginning | 11/09/2023 |
| Period Ending: | 11/23/2023 |
| Pay Date: | 12/01/2023 |
| Total Hours: | 56.00 |

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Health Insurance (company paid) | 190.15 | 1,267.45 |

**NET PAY:** $878.81
Acct#....0002: $878.81

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 48.00 | 19.75 | 948.00 | 8,971.65 |
| Holiday Pay | 8.00 | 19.75 | 158.00 | 316.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Health Insurance (company paid) | 63.39 | 415.47 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 54.30 | 567.20 |
| Social Security | 68.57 | 575.83 |
| Medicare | 16.04 | 134.67 |
| CA Income Tax | 14.93 | 163.96 |
| CA State Disability Ins | 9.96 | 83.59 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,106.00 | $9,287.65 |
| Taxes | $163.80 | $1,525.25 |
| Deductions | $63.39 | $415.47 |
| **Net Pay** | **$878.81** | |

Prado Inc  
526 Laguna St  
Santa Barbara CA 93101-1608

Pay Stub Detail  
PAY DATE: 11/16/2023  
NET PAY: $1,004.79

*Kristen M. Fitzpatrick  
225 Elm St. Apt 3  
Santa Paula CA 93060

**EMPLOYER**  
Prado Inc  
526 Laguna St  
Santa Barbara CA 93101-1608

**EMPLOYEE**  
*Kristen M. Fitzpatrick  
225 Elm St. Apt 3  
Santa Paula CA 93060

SS#: ...7006

**PAY PERIOD**  
Period Beginning: 10/25/2023  
Period Ending: 11/08/2023  
Pay Date: 11/16/2023  
Total Hours: 64.02

| OTHER PAY/CONTRIBUTIONS | Current | Year To Date |
|---|---|---|
| Health Insurance (company paid) | 179.55 | 1,077.30 |

**NET PAY:** $1,004.79  
Acct#....0002: $1,004.79

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 64.02 | 19.75 | 1,264.40 | 8,023.65 |
| Holiday Pay | - | 19.75 | 0.00 | 158.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| Health Insurance (company paid) | 58.68 | 352.08 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 73.31 | 512.90 |
| Social Security | 78.39 | 507.26 |
| Medicare | 18.33 | 118.63 |
| CA Income Tax | 19.52 | 149.03 |
| CA State Disability Ins | 11.38 | 73.63 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $1,264.40 | $8,181.65 |
| Taxes | $200.93 | $1,361.45 |
| Deductions | $58.68 | $352.08 |

**Net Pay** $1,004.79