United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-10064-RC |
| Kristen Marie Fitzpatrick | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0973-9      User: admin      Page 1 of 1
Date Rcvd: Jan 22, 2024      Form ID: mccdn      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristen Marie Fitzpatrick, 13343 Herne Bay Court, Moorpark, CA 93021-1999 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeremy W. Faith (TR) | Trustee@MarguliesFaithlaw.com C118@ecfcbis.com;Helen@MarguliesFaithLaw.com;leedowding@gmail.com |
| John K Rounds | on behalf of Debtor Kristen Marie Fitzpatrick jrounds@rslawllp.com rsutter@rslawllp.com,admin@rslawllp.com |
| United States Trustee (ND) | ustpregion16.nd.ecf@usdoj.gov |

TOTAL: 3

# United States Bankruptcy Court
# Central District of California

| In re:<br>Kristen Marie Fitzpatrick | CHAPTER NO.: 7 |
|---|---|
| | CASE NO.: 9:24–bk–10064–RC |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☒ Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)] (LBR Form F1002–1)

☐ Other *(Specify):*
Missing REQUIRED paystubs attached to Declaration re: Income

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2.5(a)(2).

       Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

    1415 State Street, Santa Barbara, CA 93101–2511

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460–9641.

| | |
|---|---|
| Dated: <u>January 19, 2024</u> | For the Court<br>**Kathleen J. Campbell**<br>Clerk of Court |

(Form mccdn – Rev 02/2020)                                                    **6 – 1 / ES9**