| Chapter 7 Trustee Name, Address, Telephone & FAX Numbers | FOR COURT USE ONLY |
|---|---|
| Jeremy W. Faith<br>16030 Ventura Blvd., Suite 470<br>Encino, CA 91436<br>Tel:   (818) 705-2777<br>Fax:  (818) 705-3777<br><br>*Chapter 7 Trustee* | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

| In re:<br>FITZPATRICK, KRISTEN MARIE<br><br>Debtor(s). | CHAPTER 7<br>CASE NUMBER  9:24-bk-10064-RC<br>341(a) Meeting Date: 02/29/2024<br>341(a) Meeting Time: 09:00 AM<br><br>(No Hearing Required) |
|---|---|

## TRUSTEE'S NOTICE OF ZOOM ACCESS FOR 341(A) MEETINGS OF CREDITORS

I, Jeremy W. Faith, the undersigned chapter 7 trustee, hereby notifies all interested parties: the 341(a) Meetings of Creditors scheduled for 02/29/2024, will be held remotely using the following Zoom information:

Topic: 341(a) Meeting of Creditors for Trustee, Jeremy W. Faith
Time: 02/29/2024 Pacific Time (US and Canada)
**For meetings scheduled at 9 AM, sign in at 8:45 AM**
**For meetings scheduled at 10 AM, sign in at 9:45 AM**
**For meetings scheduled at 11 AM, sign in at 10:45 AM**

**No actual meetings will be held at 1:30 PM, it is a holding date/time only.**

Join Zoom Meeting
https://us02web.zoom.us/j/82333495336?pwd=empFWml5akZ1bGFKK2xTNHNlVlkyZz09
Meeting ID: **823 3349 5336**
Passcode: **000014**

One tap mobile
+16694449171,,82333495336#,,,,*000014# US
+16699006833,,82333495336#,,,,*000014# US (San Jose)

Dial by your location
• +1 669 444 9171 US
• +1 669 900 6833 US (San Jose)
• +1 253 205 0468 US

Meeting ID: **823 3349 5336**
Passcode: **000014**


Dated:  February 13, 2024

| Jeremy W. Faith | /s/ Jeremy W. Faith |
|---|---|
| *Type Name of Trustee* | *Signature of Trustee* |