Certificate Number: 03088-CAC-DE-038217461

Bankruptcy Case Number: 24-10064



03088-CAC-DE-038217461

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 25, 2024, at 4:04 o'clock PM CST, Kristen Marie Fitzpatrick completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   February 25, 2024

By:   /s/Doug Tonne

Name:   Doug Tonne

Title:   Counselor